**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-26547-ALTMAN**

**JOEL FIGUERAS DE PINEDO**,

*Petitioner*,

*v.*

**WARDEN FDC MIAMI**, *et al.*,

*Respondents*.

_____________________________________/

**ORDER**

The Petitioner has filed a Notice of Voluntary Dismissal Without Prejudice [ECF No. 4], informing the Court that he "voluntarily dismisses this entire habeas corpus action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)." *Id.* at 1. Accordingly, we hereby **ORDER and ADJUDGE** that the Petition [ECF No. 1] is **DISMISSED without prejudice**. We **DIRECT** the Clerk of Court to **CLOSE** this case.

**DONE AND ORDERED** in the Southern District of Florida on October 6, 2026.

_________________________________
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record
Noticing INS Attorney
Email: usafls-immigration@usdoj.gov